# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATRINA ROBERTSON, INDIVIDUALLY,
AND JODI ROBERTSON, ON BEHALF OF
HIS MINOR CHILD, BROOKLYNN
ROBERTSON

VERSUS

THOMAS A. RYAN AND USAA CASUALTY
INSURANCE COMPANY

NO.  2021 CW 0485

**AUGUST 3, 2021**

---

In Re:    USAA Casualty Insurance Company and Thomas A. Ryan,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 682975.

---

**BEFORE:    GUIDRY, McDONALD, AND McCLENDON, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

                              JMG

   **McClendon, J.,** concurs.

   **McDonald, J.,** dissents and would grant the writ application. I find the trial court abused its discretion in its March 25, 2021 judgment granting, in part, the motion in limine filed by the plaintiff, Katrina Robertson, and excluding the June 20, 2020, October 3, 2020, October 18, 2020, and October 31, 2020 surveillance videos. See **Olivier v. LeJeune,** 95-0053 (La. 2/28/96), 668 So.2d 347, 351; **Wolford v. JoEllen Smith Psychiatric Hospital,** 96-2460 (La. 5/20/97), 693 So.2d 1164, 1167-68. Accordingly, I would reverse that portion of the trial court's March 25, 2021 judgment and deny the plaintiff's motion in limine to exclude the June 20, 2020, October 3, 2020, October 18, 2020, and October 31, 2020 surveillance videos.

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT